UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-cv-61084-KMW

NORRIS CLEMONS,

    Plaintiff,

vs.

SECRETARY,
DEPARTMENT OF CORRECTIONS, *et al*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (DE 28) ("Report") regarding Plaintiff's petition for writ of habeas corpus. Plaintiff filed objections to the Report. (DE 31). Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 28) are **AFFIRMED AND ADOPTED**.
2. This action is **DISMISSED**.
3. No certificate of appealability shall issue.
4. All pending motions are **DENIED AS MOOT**.
5. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 24th day of January, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:
Norris Clemons
186126
Northwest Florida Reception Center
Inmate Mail/Parcels
4455 Sam Mitchell Drive
Chipley, FL 32428